John L. Bloomer, appellee, v. George Austin Hinkley and Frank Mack, appellants. Gen. No. 26,934.

Action of forcible entry and detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed January 23, 1922.

C. H. Sippel, for appellants. Monahan & Monahan, for appellee; Thomas F. Monahan, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

In re estate of Thomas Feigh, deceased.

John Feigh, coexecutor of last will and testament of Thomas Feigh, deceased, appellant, v. Edward Feigh, appellee. Gen. No. 26,948.

Claim filed in probate court against an estate. Claim allowed and judgment for claimant in circuit court on appeal. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed January 23, 1922.

King, Brower & Hurlbut and Francis W. Walker, for appellant. Elbridge W. Rice, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Andrew Reinertson, appellee, v. J. W. Strickert, appellant. Gen. No. 26,950.

Action for personal injuries by a carpenter alleging violation of a statute by defendant. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Donald L. Morrill, Judge, presiding. Heard in this court at the March term, 1921. Reversed with finding of fact. Opinion filed January 23, 1922.

Isaac S. Rothschild, for appellant; Albert G. Duncan, of counsel. Charles C. Spencer, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Michael Filicetti, defendant in error, v. Emil G. Schmidt, receiver of Suburban Railroad Company, plaintiff in error. Gen. No. 26,179.

Action on the case by a passenger for personal injuries while on defendant's electric car. Judgment for plaintiff for $30,000. Error to the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed January 23, 1922. Rehearing denied February 6, 1922. Certiorari denied by Supreme Court (making opinion final).

Willard M. McEwen, for plaintiff in error. V. G. Gallagher and E. M. Winston, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

---

Michael Filicetti, appellee, v. Emil G. Schmidt, receiver of Suburban Railroad Company, appellant. Gen. No. 26,082.

Incomplete record not filed in time required by statute. Writ of error sued out and judgment affirmed. This appeal also affirmed. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed January 23, 1922.

Willard M. McEwen, for appellant. V. G. Gallagher and E. M. Winston, for appellee.

Mr. Justice Matchett delivered the opinion of the court.